Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

**SOUTHERN**_____ District of ___**IOWA**___

Central Division

|  |  |
|---|---|
| | Case No. _____ |
| | *(to be filled in by the Clerk's Office)* |
| **KENNETH LOVELL, HOXSEY** | |
| *Plaintiff(s)* | **RECEIVED** |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | JUN 15 2023 |
| -v- | **CLERK U.S. DISTRICT COURT** |
| | **SOUTHERN DISTRICT OF IOWA** |
| **SCOTT COUNTY BOARD OF SUPERVISORS** | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | KENNETH L.HOXSEY |
| All other names by which you have been known: | NONE |
| ID Number | #1129153 |
| Current Institution | ANAMOSA STATE PENITENTIARY |
| Address | 406 N.High STREET |
| | ANAMOSA          IOWA          52205 |
| | *City*                *State*              *Zip Code* |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | SCOTT COUNTY BOARD OF SUPERVISORS |
| Job or Title *(if known)* | UNKNOWN   EMPLOYERS OF THE SCOTT COUNTY JAIL |
| Shield Number | UNKNOWN |
| Employer | THEM SELVES |
| Address | 600 WEST 4th STREET |
| | DAVENPORT          IOWA          52801 |
| | *City*                *State*              *Zip Code* |

[X] Individual capacity    [X] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | TIM LANE |
| Job or Title *(if known)* | SHERIFF OF SCOTT COUNTY |
| Shield Number | UNKNOWN |
| Employer | SCOTT COUNTY BOARD OF SUPERVISORS |
| Address | 400 WEST 4th STREET |
| | DAVENPORT          IOWA          52801 |
| | *City*                *State*              *Zip Code* |

[X] Individual capacity    [X] Official capacity

Defendant No. 3

Name — SERGEANT S. McDONOUGH

Job or Title *(if known)* — SCOTT COUNTY JAIL OFFICER (SERGEANT)

Shield Number — UNKNOWN

Employer — SCOTT COUNTY BOARD OF SUPERVISORS

Address — 400WEST 4th STREET

DAVENPORT          IOWA        52801
City               State       Zip Code

[X] Individual capacity    [X] Official capacity

Defendant No. 4

Name — CAPTAIN BUSH

Job or Title *(if known)* — SCOTT COUNTY JAIL OFFICER (CAPTION)

Shield Number — UNKNOWN

Employer — SCOTT COUNTY BOARD OF SUPERVISORS

Address — 400 WEST 4th STREET

DAVENPORT          IOWA        52801
City               State       Zip Code

[X] Individual capacity    [X] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

8th AMENDMENT    ( CRUEL AND UN-USUAL PUNISHMENT)


C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

NONE

**DEFENDANT NO. 5**

| | |
|---|---|
| NAME | J. HAY |
| JOB OR TITLE | SCOTT COUNTY JAIL OFFICER (SERGEANT) |
| SHIELD NUMBER | uNKNOWN |
| EMPLOYER | SCOTT COUNTY BOARD OF SUPERVISORS |
| ADDRESS | 400 WEST 4th STREET  DAVENPORT,IOWA 52801 |

**DEFENDANT NO.6**

| | |
|---|---|
| NAME | OFFICER REED |
| JOB OR TITLE | SCOTT COUNTY JAIL OFFICER (LOW LEVEL OFFICER) |
| SHIELD NUMBER | UNKNOWN |
| EMPLOYER | SCOTT COUNTY BOARD OF SUPERVISORS |
| ADDRESS | 400 WEST 4th STREET  DAVENPORT,IOWA 52801 |

**DEFENDANT NO.7**

| | |
|---|---|
| NAME | CAPT/SGT. GAWDETT |
| JOB OR TITLE | SCOTT COUNTY JAIL OFFICER (CAPT/SGT) |
| SHIELD NUMBER | UNKNOWN |
| EMPLOYER | SCOTT COUNTY BOARD OF SUPERVISORS |
| ADDRESS | 400 WEST 4th STREET  DAVENPORT,IOWA 52801 |

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

NOT SUING UNDER BIVENS

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

☒   Convicted and sentenced state prisoner

☐   Convicted and sentenced federal prisoner

☐   Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

PLEASE SEE ATTACHMENT SHEET

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

SCOTT COUNTY JAIL(ON 09-25-2020)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

On September 25th,2020 at approximately 9:03 pm

D.    What are the facts underlying your claim(s)? *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

(PLEASE SEE ATTACHEDSSHEET)
(FACTS OF CLAIM)

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

1. I RECEIVED INJURIES TO MY LEFT EYE (MY LEFT EYE-BROW WAS BUSTED OPEN AND MY LEFT EYE SWELLED UP AND TURNED BLACK AND BLUE)

2. I RECEIVED CUTS UP AND DOWN BOTH ARMS

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I AM ASKING FOR 1.2 MILLION DOLLARS IN DAMAGES DUE TO THE PAIN AND SUFFERING. ALSO I HAVE SUFFERED NOT ONLY PHYSICAL PAIN,BUT MENTAL AND EMOTIONAL AND ANGUISH AND HAVE SYMPTOMS THAT ARE DISCRIBED AS POST TRAUMATIC STRESS DISORDER (PTSD) DUE TO THE VIOLENCE AND TRAUMA THAT I HAVE ENDURED.

## FACTS OF CLAIM

ON SEPTEMBER 25th,2020 AT APPROXIMATELY 9 pm I WAS TAKEN TO THE SPECIAL
MANAGEMENT UNIT DUE TO STEALING A SMALL PIECE OF CAKE FROM THE KITCHEN
WHERE I WAS WORKING.(IF I CAN REMMBER THAT PART CORRECTLY).ONCE IN SM UNIT
I WAS PUT IN CELL 106. I STARTED TO KICK THE DOOR ABOUT 6 or SO TIMES TO
TELL SOMEONE THAT I HAD NOT SHOWERED. OFFICERS CAME TO THE CELL WANTING TO
MOVE ME TO A DIFFRENT PART OF SM UNIT. AT FIRST I REFUSED BUT DESIDED TO
COMPLY ONCE I FOUND-OUT THE OFFICERS BODY CAMS WERE ON BECAUSE THESE OFFICERS
HAVE BEEN KNOWN TO ASSAULT INMATES IN THE PAST. I WAS ASKED TO TURN AROUND
AND PUT MY HANDS WHERE THEY CAN BE CUFFED UP. OFFICER SGT.McDONOUGH PUT ON
THE LEFT HAND CUFF SOO HARD IT CAUSED A PINCH ON MY WRIST AND HURT EXTREAMLY
BAD. BAD ENOUGH THAT IT CAUSED ME TO PULL AWAY IN PAIN,HOWEVER HE HAD AHOLD
OF THE CUFF AND VILENTLY PULLED MY LEFT ARM THROUGH THE FOOD SLOT CAUSING
CUTS UP AND DOWN MY LEFT ARM. SGT.McDONOUGH USED ALL OF HIS POWER TO KEEP
MY LEFT ARM AT BAY. WHILE THIS WAS HAPPENING CAPT.GAWDETT SPRAYED OC SPRAY
IN MY CELL TO GET ME TO GET MY RIGHT HAND THROUGH THE FOOD SLOT,HOWEVER
DUE TO THE POSITION McDONOUGH HAD ME IN IT WAS NEARLY IMPOSSIBLE TO GET MY
RIGHT HAND BEHIND ME. I FINALLY GOT MY RIGHT HAND THROUGH THE FOOD SLOT TO
CUFFED UP. I WAS TOLD TO GO TO THE BACK OF THE CELL,GET ON MY KNEE'S WITH
MY BACK TO THE DOOR. I COMPLIED WITH THAT ORDER BUT AS SOON AS THE DOORS
CAME OPEN SGT.McDONOUGH AND OFFICER REED RAN INTO THE CELL ALONG WITH  2
UNKNOWN OFFICERS.OFFICER MCDONOUGH GRABBED MY LEFT ARM AND SWUNG ME AROUND
SLAMMING FACE MY FACE INTO THE GROUNG CAUSING MY LEFT EYE TO BUST OPEN.
WHILE ON THE GROUND SGT.MCDONOUGH USED HIS RIGHT HAND TO WRAP AROUND THE
BACK OF MY NECK AND SQWEEZE WITH EVERYTHING HE HAD,WHILE USEING HIS LEFT
HAND FINGERS TO APPLY A PRESSURE POINT BEHIND MY LEFT EAR. I YELLED OUT
"I CAN'T BREATH" HOWEVER SOMEONE SAID "IF YOUR TALKING YOU CAN BREATH".
ABOUT 30 SECONDS LATER I WAS BROUGHT TO MY FEET AND TAKEN OUT OF THE CELL.
ONCE I WAS TAKEN OUT OF THE CELL I SPIT ON THE FIRST OFFICER I SAW AND
AGAIN I WAS SLAMMED TO THE GROUND FACE FIRST AND THAT CAUSED THE LEFT EYE
TO BLEED MORE. A SPIT MASK WAS PUT ON OVER MY FACE BUT THE FLOW OF BLOOD
BLEED THROUGH THE MASK. I WAS TAKEN TO THE SLIDING DOOR WHERE EXTREAM
FORCE WAS STILL BEING USED SO I TRIED TO KICK SOMEONE BUT DID NOT KNOW WHO.
I WAS SLAMMED A THERD TIME AND PUT THE RESTRAINT CHAIR. OFFICE REED GRABBED
MY FOUR HEAD WITH HIS RIGHT HAND AND PULLED MY HEAD BACK AS FAR AS IT WOULD
GO AND USED HIS LEFT HAND AND STARTED TO CHOKE ME. OFFICER SGT.HAY CAME UP
AND GRABBED ME BY THE NECK AND STARTED TO CHOKE ME AS WELL,WHILE A UNKNOWN
OFFICER JAMMED HIS THUMB IN MY LEFT EYE AND THEN I HAD BLACKED OUT A FEW
TIMES

TIMES. I ACTED IN SELF DEFENCE AFTER THE FIRST ASSAULT, BUT THERE WAS MORE OF
THEM THEN THERE WAS OF ME.

I DO HAVE A VIDEO OF THE ASSAULT.THE VIDEO CAME SHORTLY AFTER I FILED A MOTION
TO COMPEL TO A CASE I FILED WITH THE SCOTT COUNTY CLERK OF COURT AGAINST THE
SCOTT COUNTY BOARD OF SUPERVISORS. I HAVE STILL SHOTS FROM THAT VIDEO THAT I'M
SENDING AS EVIDANCE AND WILL SEND THE VIDEO ITSELF ONCE THIS CASE GETS INTO
THE COURTS. IT IS MY ONLY COPY AND THE ONLY STILL SHOTS I HAVE. DUE TO ME BEING
IN PRISON IT WOULD BE EXTREAMLY HARD TO HAVE A COPY MADE,SO TO BE ON THE SAFE
SIDE THE DVD WILL FOLLOW PENDING THE DECISION OF THIS COURT.

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

SCOTT COUNTY JAIL      **GRIEVANCES**
400 WEST 4th STREET      **ENCLOSED**
DAVENPORT, IOWA
52801

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes    **GRIEVANCES ARE ENCLOSED WITH THIS SUIT**

☐ No

☐ Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

ALL OF THEM (PLEASE SEE ATTACHED "INMATE GRIEVANCE FORMS AND GRIEVANCE APPEALS THAT WERE FILED)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

I FILED THE GRIEVANCES WHILE I WAS IN THE SCOTT COUNTY JAIL AWAITING SENTANCING. (I FILED GRIEVANES ON 09-25-2020 /09-29-2020/ 10-09-2022

2.    What did you claim in your grievance?

I CLAIMED I WAS HAND CUFFED WITH MY HANDS BEHIND MY BACK AND THAT I WAS ORDERED TO GO TO THE BACK OF THE CELL,GET ON MY KNEE'S WITH MY BACK TO THE DOOR AND WHEN THE DOOR OPENED 4 OFFICERS CAME IN THE CELL GRABBED ME AND SLAMMED ME FACE FIRST ON TO THE FLOOR CAUSING MY LEFT EYE TO BUST OPEN.

3.    What was the result, if any?

ALL OF THE GRIEVANCES WAS DESCRIBED AS "UNFOUNDED"

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I FILED 4 grivances and 2 APPEALS (PLEASE SEE ATTACHED GRIEVANCES AND APPEALS THAT I FILED)

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

   1.    If there are any reasons why you did not file a grievance, state them here:

      I FILED GRIEVANCES AND APPEALS

   2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

      I FILED GRIEVANCES AND APPEALS

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   IT WAS CLEAR THAT THE HIGHER UP OFFICERS TRYED TO COVER UP THE ASSAULT JUDGING BY THEIR RESPONSES GIVEN ON THE GRIEVANCES AND THE APPEALS THAT I FILED.

   *(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

[X]  Yes

[ ]  No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    KENNETH LOVELL,HOXSEY

Defendant(s)    SCOTT COUNTY BOARD OF SUPERVISORS/4 UNKNOWN OFFICERS

2.    Court *(if federal court, name the district; if state court, name the county and State)*

SCOTT COUNTY, IN DAVENPORT,IOWA  (SEVENTH DISTRICT)

3.    Docket or index number

CASE NO. LACE133643

4.    Name of Judge assigned to your case

MARLITA A.GREVE  (CHIEF DISTRICT JUDGE)

5.    Approximate date of filing lawsuit

MARCH 9th,2021

6.    Is the case still pending?

[X]  Yes

[ ]  No

If no, give the approximate date of disposition.

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

THE CASE IS PENDING AND IS SET UP FOR A HEARING IN APRIL (I BELIEVE)

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

"YES"

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☒ Yes

☐ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)      KENNETH LOVELL,HOXSEY

Defendant(s)     PAUL FELDMAN,MITCH MICHEL,DAVID ROSE,BRANNON HUDSON, AND KRIS KARBERG

2.   Court *(if federal court, name the district; if state court, name the county and State)*

JONE COUNTY CLERK OF COURT IN ANAMOSA,IOWA

3.   Docket or index number

LACV007208,LACV007209,LACV007210,LACV007211,LACV007213

4.   Name of Judge assigned to your case

CAN'T REMMBER

5.   Approximate date of filing lawsuit

APRIL 0022 (I THINK)

6.   Is the case still pending?

☐ Yes

☒ No

If no, give the approximate date of disposition

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

THE CASE WAS DISMISSED

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    06-05-2023

| | |
|---|---|
| Signature of Plaintiff | *Kenneth Hoxsey* |
| Printed Name of Plaintiff | Kenneth Hoxsey |
| Prison Identification # | #1129153 |
| Prison Address | 406 N. HIGH STREET |

| ANAMOSA | IOWA | 52205 |
|---|---|---|
| *City* | *State* | *Zip Code* |

### B.    For Attorneys

Date of signing: _____

| | |
|---|---|
| Signature of Attorney | |
| Printed Name of Attorney | |
| Bar Number | |
| Name of Law Firm | |
| Address | |

| | | |
|---|---|---|
| *City* | *State* | *Zip Code* |

| | |
|---|---|
| Telephone Number | |
| E-mail Address | |

# INMATE HOXSEY GRIEVANCES

## INMATE GRIEVANCE FORM

Grievance # 20-000-0411

Inmate's Name: Kenneth Hoxsey

Housing Unit/Bay: Special Mext        Bed #: 124  D-Pod

Nature of Grievance: I was assolted by 4 officers on 09-25-20 Time 2000 h

Explanation: I was in cell 106 in Special Management handcuffed with my hands behind my back on my knee's with my back tords the cell door when 4 officers came in the cell and slamde to the floor hard enough to cause my face to bounce off the floor and my left eye to bust open causing blood to run down my face. While this was going on another officer Jammed his finger in my left eye socket hard enough to cause my eye to black & blue I was already cuffed up & complying with orders when the officers use extensive force. This event was cought on Body cam of me being assotted

*[left margin vertical text: officers involved Sargent #3 McDonough]*

Completed by: _____ Date: _____ Time: being assotted

Inmate Signature: Ken Hoxsey        Date: 09-29-2020   . Time: _____

Assistant Jail Administrator Signature: _Murl_____ Date/Time: 10/9/10

Comments: _____

Priority: _____ Inmate Permanent #: _____

Grievance addressed on: Date: _____ Time: _____ in the following manner:

  ☐ Resolved the Grievance   (See Below)   Date: _____

  ☒ Forwarded to LT. Jackson   Date: 9/30/2020

  Method of Delivery   ☐ directly  ☒ mailbox  ☐ fax  ☐ mail

Resolution of Grievance: _____ Unfounded

_____Your account of the events that unfolded on 09/25/20 are not_____

accurate with what has been seen on video

_____

_____

_____

_____

Staff Signature: _J. M. _____   Date: 10/05/20

Inmate Notified:  Date: _____ / Time: _____ How? _____

Staff Signature entering: _____   Date: _____

12/6/11



Scott County Sheriff's Office

Jail and Jail Annex

## INMATE GRIEVANCE FORM

Grievance # 20-000-0418

Inmate's Name: Kenneth Hoxsey

Housing Unit/Bay: ~~EB~~ ~~CRRR~~ SM-124          Bed #: 124

Nature of Grievance: Officers used extensive force

Explanation: On 09-25-2020 I was taken to Special Management Cell 106. I was instructed to go to the back of the cell. I had my hands cuffed behind my back and I was on my knees with my back to the cell door when 3 of 4 officers rushed in the cell and slammed my face into the floor causing my left eye to bust open and my eye to bleed + turn black + blue. I was pinned to the floor with knee's in my back + neck. At the time this happened I had done what I was told. Officers did not have a reason to manhandle me like that since I was complying with orders. All this is on video.

Completed by: _____ Date: _____ Time: _____

Inmate Signature: Ken Hoxsey          Date: 09-25-2020   Time: 7:30 pm

Assistant Jail Administrator Signature: _____   Date/Time: 10/8/20

Comments: _____

Priority: _____ Inmate Permanent #: _____

Grievance addressed on: Date: _____ Time: _____ in the following manner:

☐ Resolved the Grievance   (See Below)   Date: _____

☒ Forwarded to LT. Jackson   Date: 9/30/2020

Method of Delivery   ☐ directly ☐ mailbox ☐ fax ☐ mail

Resolution of Grievance: _____

Duplicure grievance. This was answered on grievance # 20-000-0411

Staff Signature: _____   Date: 10/05/20

Inmate Notified: Date: _____ Time: _____ How? _____

Staff Signature entering: _____ Date: _____

12/6/11  Ⓒ

1 of 2

Continued

I have a deep cut above my left eye and I have a black & blue eye due to the officers getting physical when it was not nessacery because I was already in handcuffs & on my knee's. My left arm was cutt up and I had to get X-Rays. My vision in my left eye is blury & is hard to read & see clearly. You can clearly see from the video (Body Cam) that I was calm and following orders when this happend. I want officers involved fired & Charged.

Sincerly
Ken Hopsey

2

C

Scott County Sheriff's Office                                    Jail and Jail Annex

## INMATE GRIEVANCE FORM

Grievance # 20-000-0429

Inmate's Name: Kenneth Hoxsey

Housing Unit/Bay: Special Mgt          Bed #: D-124

Nature of Grievance: I was assolted by Sergeant Hay ~~another~~

Explanation: On ~~#~~ 9-25-2020 I was ordered to the back of the cell and was told to get on my knee's with my back to the door I did as I was ordered because I had handcuffs on already at the time, and when the door came open Sergeant Hay and other officers came in the cell and I was slammed to the floor with enough force causing a cut above my left eye from the impact from my head bouncing off the floor. Officer Sergeant Hay used extream force. It was cruel and unusual Punishme

Completed by: _____ Date: _____ Time: _____

Inmate Signature: Kenny Hoxsey    Date: 10-06-2020    Time: 11 pm

Assistant Jail Administrator Signature: _____ Date/Time: 10/14/20

Comments: _____

Priority: _____ Inmate Permanent #: _____

Grievance addressed on: Date: _____ Time: _____ in the following manner:

☐ Resolved the Grievance    (See Below)    Date: _____

☑ Forwarded to LT. Jackson    Date: 10/7/2020

Method of Delivery    ☐ directly  ☐ mailbox  ☐ fax  ☐ mail

Resolution of Grievance: ____ Unfounded

This incirdinr has already been addressed in a previous grievance. Your accoun of the incident is inaccerate.

Staff Signature: L M Joul    Date: 10/14/20

Inmate Notified: Date: _____ Time: _____ How? _____

Staff Signature entering: _____ Date: _____

Scott County Sheriff's Office                                    Jail and Jail Annex

## INMATE GRIEVANCE FORM

Grievance # 20-000-0440

Inmate's Name: Kenneth Hoxsey

Housing Unit/Bay: Special Mgt. D-Pod     Bed #: 124

Nature of Grievance: Capt Bush & Sergeant Jackson are using there possions

Explanation: to cover up an assault against me.

19-25-20 I was in handcuffs, on my knee's at the back of the cell
with my back to the door When 4 officers entered the cell and
Slammend me face first on to the concrete floor causing
above my left eye to bust open and blood to poor down my face
Everything was cought on all 3 of the Sergeants bodycam
that was there. Excessive ammount of force was used and it was
Cruel and unusual punishment and Capt Bush & Sergt Jackson
are trying to cover up these officers

Completed by: _____ Date: _____ Time: _____

Inmate Signature: _____ Date: _____ Time: _____

Assistant Jail Administrator Signature: _____ 8Bush _____ Date/Time: 10/14/20

Comments: _____

Priority: _____ Inmate Permanent #: _____

Grievance addressed on: Date: _____ Time: _____ in the following manner:

☐ Resolved the Grievance    (See Below)    Date: _____

☒ Forwarded to _____ Date: 10/12/2020

Method of Delivery    ☐ directly  ☒ mailbox  ☐ fax  ☐ mail

Resolution of Grievance: This has been answered and reviewed.

_____
_____
_____
_____
_____
_____
_____

Staff Signature: _____ Date: _____

Inmate Notified: Date: _____ Time: _____ How? _____

Staff Signature entering: _____ Date: _____

12/6/11

Continued                                    10-09-2020

actions by my actions. However I was not a
threat because I already had handcuffs on and
was on my knee's with my back to the door
and was complying with orders givin. (As seen on
the bodycam's) Once I was face down all the
officer used there knee's and there weight in my
back and they used presherpoints behind
my ears, legs + arms. As seen on the bodycam's.
If you watch the video's you will see I was
calm and following orders up till the point
that the officer's used unnessasery force.
I believe Capt Bush + Sergeant Jackson are using
their possions and ability's to protect
these officers from being held accountable
and charges of miss conduct being brought apene
the Jail. I did not desurve for officer's to inflict
bodily harm ageanst me the way they did. I did
not desurve to be miss treated to the point that
they cause my face to bounce off the floor causing
my eye to bleed then turn black and blue. I feel that
I need to be protected from the
very people that are supost to protect me.
How is the assoult on me by these officers Justified?
        Thank You!

                              Ken Hofsey
                        #20-000-0440
                                        (o)

Scott County Sheriff's Office                                    Jail and Jail Annex

## INMATE GRIEVANCE FORM

Appeal of Grievance:  ☒ Yes  ☐ No

Jail Administrator Response: _____ This was investigated –
reviewed. You did not follow orders
given. _____

10/14/20

Date: _____

Inmate Notified: Date: _____ Time: _____ How? _____

Additional Comments: _____

12/6/11

Grievance Appeal Form                    For Grievance#20-000-0411

'apt Bush & Sergient Jackson are using their power of
thority to sweep the officers misconducts under the rug
f the assoult ageanst me. Officers used extream force
geanst me. I was already in handcaffs, on my Knee's in the
ack of the cell with my back to the door. I was complying
ith orders on 09-25-20 when officers came in the cell
and grabbed me and slam me face first in to the floor
ausing my left eye brow to bust open and blood to run down
ny face. All 4 officer put there Knee's in my back and applied
ll their weight. Also they used pressure points when it
was not nessecary. I was not a threat when I already
ad my hands cuffed behind my back. These officers used
nnessary force and Capt Bush & Sergeant Jackson are covering
p the cations used ageaust me and saying "My account of
he events that unfolded on 09-25-20 are not accurate with what has
een seen on video." So if I did something, but then complied
sith orders and does that mean they have the right to use
he ammount of excessive force they used that caused me to
esurve my eye to bust open as seen on video? from the cruel
ad unusual punishment they inflicted on me?

**RECEIVED**
10/12/2020                    ©
Appeal # 20-000-0411

Ken Hopson

E-FILED          07821 LACE133643 - 2022 JAN 20 01:11 PM          SCOTT
**Scott County Sheriff's Office**  CLERK OF DISTRICT COURT          Page 3 of 5
                                                                  Jail and Jail Annex

## DISCIPLINARY REPORT

400 West 4th Street
Davenport, Iowa 52801

### NOTICE OF PENDING DISCIPLINARY HEARING

Page 1

DATE: 09/25/2020      TIME: 2103      LOCATION: Special Management

INMATE: Hoxsey, Kenneth Lovell   CELL: SM 106    STATUS: Not Sentenced

CLASS / DESCRIPTION:

    1.1 / Assault x2
      /
    2.6 / Disrupting
      /
    2.20 / Refusal to obey an order
      /
      /
      /
      /
      /

NARRATIVE DESCRIBING INCIDENT: On the above date and time I, Sergeant S. McDonough, was assigned as the Housing Sergeant at the Scott County Jail. At 2103 I went to Special Management to give Inmate Hoxsey the opportunity to decontaminate from an earlier incident where he was sprayed with Oleoresin Capsicum (OC) spray. Inmate Hoxsey refused to be cuffed to be showered despite staff telling him it was not negotiable due to him assaulting a staff member an hour earlier. Inmate Hoxsey became upset and began kicking his door repeatedly with enough force to possibly cause damage. It was decided to remove Inmate Hoxsey from the cell due to the disturbance he was creating. Inmate Hoxsey initially refused to cuff up but then placed his arms through the food slot. I secured his left wrist in a handcuff when Inmate Hoxsey suddenly attempted to pull both his hands through the food slot. I maintained control of his left arm and gave him repeated orders to place his right arm through the food slot to be secured. Inmate Hoxsey refused so OC Vapor and OC spray were deployed to gain compliance. After Inmate Hoxsey was successfully secured and escorted out of the cell he spit on Sgt. Hay and was immediately taken to the floor where a spit mask was placed on him. Then when Inmate Hoxsey was in the SM Vestibule he kicked my chest and attempted to head butt me, resulting in him being taken to the floor again. Inmate Hoxsey was secured into Restraint Chair #1. While staff conducted 15 minute watches and removed him from the chair Inmate Hoxsey continued to make threats to assault staff when they became comfortable around. This is the second use of force incident with Inmate Hoxsey tonight. EOR J14

_____
OFFICER *SIGNATURE – DATE*

E-FILED          07821 LACE133643 - 2022 JAN 20 01:11 PM       SCOTT
                        CLERK OF DISTRICT COURT          Page 4 of 5
**Scott County Sheriff's Office**                                **Jail and Jail Annex**

# DISCIPLINARY REPORT
400 West 4th Street
Davenport, Iowa  52801

SUPERVISOR SIGNATURE – DATE

## NOTICE OF PENDING DISCIPLINARY HEARING

Page 2

**NOTIFICATION TO INMATE:**   You have been charged with the violation(s) of the rule(s) indicated on page 1.  A hearing will be conducted no sooner than twenty-four (24) hours from your receipt of this notice.  If you do not understand the charge(s) or the hearing process, lay counsel will be named to inform you.  Direct testimony of witnesses to the incident may be presented at the hearing.

My signature indicates receipt of the above charge(s) and information.  It does not indicate agreement with, nor an admission of guilt, to any of the charge(s).

_____            _____        _____
Inmate Signature                                      Date                      Time


**INMATE NAME:**  Hoxsey, Kenneth

**REPORT OF INVESTIGATION:**    _____


_____            _____        _____
Staff Signature                                        Date                      Time

## IN RESPONCE TO THE
## DISCIPLINARY REPORT

THIS VIOLATION WAS WROTE BY SGT.McDONOUGH HOWEVER NO WHERE IN THE REPORT DOES
HE STATE THAT FORCE WAS USED AGAINST ME WHEN HE INTERED THE CELL TO REMOVE ME.
THE REPORT DID NOT STATE WHY I HAD BECAME UP-SET AND STARTED KICKING THE CELL
DOOR. IT JUST STATES "INMATE HOXSEY BECAME UP-SET AND BEGAN KICKING HIS DOOR
REPEATEDLY", BUT IT DOES NOT SAY WHY I WAS UP-SET.THE SAME REPORTING OFFICER
ALSO STATED "INMATE HOXSEY REFUSED TO BE CUFFED TO BE SHOWERED DISPITE STAFF
TELLING HIMIT WAS NOT NIGOTIABLE DUE TO HIM ASSAULTING A STAFF MEMBER AN HOUR
EARLIER". THAT STATEMENT IS FOUND TO BE UNTRUE BECAUSE DURING NO TIME THROUGH-
OUT OF ANY OF THE BODY CAM FOOTAGE OR THE CAMRECORDER IS THERE ANY ASSAULT THAT
TOOK PLACE OTHER THAN WHAT IS ON THE BODY CAM FOOTAGES.SO HE LIED.ALSO AT NO
TIME DID I BECOME THE FIRST ONE TO BECOME COMBATITIVE TORDS ANY OFFICER TILL
I WAS FIRST HURT BY THESE OFFICERS. THERE ARE SO MUCH DETAIL THAT MCDONOUGH
LEFT OUT OF HIS DISPLINARY REPORT AND HALF OF WHAT WAS IN IT WAS NOT EVEN TRUE.
AGAIN... I HAVE THE FOOTAGE TO THE BODY CAM'S AND THE VIDEO RECORDER THAT WAS
RECORDING AT THE SAME TIME.

THIS IS A PHOTO SHOT OF ME ON MY KNEE'S AT THE BACK OF THE CELL IN CUFFS WITH MY BACK TO THE DOOR COMPLYING WITH ORDERS.

THIS IS A PHOTO OF OFFICERX CHOCKING ME AND SQWEEZING THE BACK OF MY
NECK AND USING HIS THUMB TO PUSH BEHIDE MY LEFT EAR AS A PRESSURE POINT.

THIS I... ...THO... ...IL... ...NG
STRAPPED INTO THE RESTRAINT CHAIR. AS YOU CAN SEE THAT MY HANDS ARE
CUFFED BEHIND MY BACK. THE BLOOD IS ALL OVER THE SPIT MASK.

THIS PHOTO SHOWS THE OFFICER THATS STANDING BEHIND ME IS CHOCKING ME
AND GRIPPING MY FACE WITH HIS OTHER HAND.



THIS PHOTO SHOWS THE INJURY TO MY LEFT EYE AS THE OFFICERS CHANGE THE
BLOODY SPIT MASK... MY LEFT EYE HAS STARTED TO TURN BLACK AND BLUE.





IN THIS PHOTO YOU CAN SEE THE AMOUNT OF FORCE THE OFFICER
IS USUNG AS HE STANDS BEHIND ME AND CONTINUES TO CHOKE ME.THE CHOKING
GOES ON FOR SOMETIME CAUSING TO LOSE CONSCENIOSNESS.



Clerk Of Court

My name is Kenneth Lovell Hoxsey and I'm sending you this packet to be filed ~~however I'm not sure if I'm sending it to the right place.~~ ~~If not will you please forward it to where it needs to go.~~ Also can you please send me a 1983 lawsuit form along with a request for a court appointed attorney? Thank you.

Respectfully

Kenneth Hoxsey

# RECEIVED

JUN 15 2023

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Kenneth Hoxsey #1124153
ASP
406 N. High Street
Anamosa, Iowa
        52205



US POSTAGE ☒PITNE
ZIP 52205    $ 002
02 4W
0000380462 JUN 13

X-RAYED & CLEARED BY U.S.M.S.

**RECEIVED**

JUN 1 5 2023

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

U.S. District Court
For The Southern
District of Iowa
123 E. Walnut St.
Des Moines, Iowa
        50309